UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF THE STATE OF NEW YORK

_____X    Cr. No. 11-0029

The United States of America

    *against*            AFFIDAVIT OF

Robert Dito   DOB 12/18/52        CONFESSION OF JUDGMENT

    Defendant

_____X

STATE OF NEW YORK, COUNTY OF SUFFOLK   ss:

Robert Dito, *being duly sworn, deposes and says:*

1. That I am a defendant in the above referenced action and I reside at 9 Cresthollow Lane, Manorville, Town of Brookhaven, County of Suffolk, State of New York.
2. That I was arraigned and released subject to the terms and conditions of a Release Order. Pursuant to the terms and conditions of the Release Order I hereby confess judgment in this Court in favor of the United States of America in the sum of $500,000.00 subject to the existing Appearance Bond and paragraph 3 of this agreement.
3. That if I fail to obey all conditions of release, court notices and orders to appear, including appearances to answer for a possible violation of a condition of my release, upon Motion of the United States of America, the Court may effect this Confession of Judgment.

                    */s/ Robert D. Dito*
                    Robert Dito

Sworn to before me this **25** day of

January, 2011

_/s/ Thomas H. Spreer_

Notary Public

  THOMAS H. SPREER
 Notary Public, State of New York
   No. 01SP4896432
  Qualified in Suffolk County
 Term Expires May 26, 20 **13**

# THOMAS H. SPREER
### Attorney at Law

Tel. 631.587.0004  
Fax 631.587.0100

100 Fire Island Avenue  
Babylon, NY 11702

January 25, 2011

Honorable Leonard D. Wexler  
U.S. District Court, Eastern District of new York  
Alphonse M. D'Amato Federal Court House  
100 Federal Plaza  
Central Islip, New York 11722-4438

Re: Case No. 11-2099  
    Defendant Robert Dito  
    Next Scheduled Appearance: February 18, 2010

Dear Judge Wexler,

    This office represents the above referenced Robert Dito. Enclosed please find a Notice of Appearance on his behalf and a Confession of Judgment executed pursuant to a Release Order dated January 20, 2011.

    Thank you.

Respectfully,

Thomas H. Spreer

THS/ht