**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 23 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT DITO,

      Defendant.
------------------------------------------------------X

ORDER OF REFERRAL TO
MAGISTRATE/JUDGE FOR
PLEA

CR: 11-00029
WEXLER, Judge

Wexler, Judge.

      The Government and the Defendant, ROBERT DITO, having asked for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge LINDSAY to administer the allocution pursuant to F.R. Crim., P, Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and to make a recommendation as to whether the plea of guilty should be accepted.

      The Magistrate Judge shall use the allocution form that this Court utilizes in taking a guilty plea. The use of it will facilitate my review of the transcript of the plea before sentencing.

      SO ORDERED.

Dated: Central Islip, New York
       June 23, 2011

_____
LEONARD D. WEXLER
United States District Judge

      Voluntarily consented to after full consultation by defendant with counsel. Defendant will suffer no prejudice by not consenting. If there is no consent, the district judge assigned rather than the magistrate judge will act.

Defendant: _Robert D Dito_
Atty for Deft: _Thom L.S._
US ATTORNEY: _____
SO ORDERED: _____

Dated: Central Islip, New York

**ARLENE R. LINDSAY**
**United States Magistrate/Judge**