BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: June 22, 2011
TIME ON: 12:43
TIME OFF: 1:10

Case No. 11 CR 29 (LDW)

Courtroom Deputy: Robert Imrie

Criminal Cause for PLEADING

Defendant: ROBERT DITO
Present ✓   Not Present __   In Custody __   On Bail/Bond ✓

Attorney: THOMAS H. SPREER     Ret'd ✓   CJA __   LAS __

AUSA: SPIROS A. MOUSTAKAS

Interpreter: —

ESR: 12:43 – 1:08

✓ Case Called    ✓ Counsel for all sides present.
__ Arraignment Held.
✓ Defendant Pleads (Guilty) ~~Not Guilty~~ to: COUNT 12 OF THE INDICTMENT
__ Order Setting Conditions of Release and Bond entered. __ Special Conditions Apply.
__ Order of Detention entered.
__ Temporary Order of Detention entered.
✓ Probation Notified.

Next Court appearance scheduled for SENTENCE TO BE SET BY JUDGE WEXLER.

NOTES: THIS COURT FINDS THAT THE DEFENDANT IS ACTING VOLUNTARILY, FULLY UNDERSTANDS HIS RIGHTS AND THE CONSEQUENCES OF HIS PLEA AND THAT THERE IS A FACTUAL BASIS FOR THE PLEA. THIS COURT REPORTS AND RECOMMENDS THAT THE PLEA BE ACCEPTED

(TRANSCRIPT ORDERED)